UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| GREGORY LAMONT LONG, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 08-0604 (ESH) |
| MICHAEL MUKASEY, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of the Memorandum Opinion and this Order to petitioner at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                 /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

DATE: April 22, 2008